UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiffs,

  v.

COLIN D. WALMSLEY,

           Defendant,

  v.

SELF COMMUNICATION, LLC,

           Garnishee.

Case No. MC20-0047RSL

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Colin D. Walmsley, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Self Communication, LLC. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on June 17, 2020. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 18th day of June, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge