**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>COLIN D. WALMSLEY,<br><br>     Defendant/Judgment Debtor,<br><br>   and<br><br>SELF COMMUNICATION, LLC,<br><br>             Garnishee. | NO.  2:20-MC-00047-RSL<br><br>     (2:07-CR-0182-1)<br><br>**Continuing Garnishment Order** |

    A Writ of Continuing Garnishment, directed to Self Communication, LLC, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Self Communication, LLC, filed its Answer on September 9, 2020, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Colin D. Walmsley was an active employee who was paid bi-weekly.

    After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Walmsley on or about August 18,

**CONTINUING GARNISHMENT ORDER**
(*USA v. Colin D. Walmsley and Self Communication, LLC,*
USDC#: 2:20-MC-00047-RSL / 2:07-CR-00182-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

2020, Mr. Walmsley has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Self Communication, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Colin D. Walmsley, upon each period of time when Defendant/Judgment Debtor Walmsley is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Walmsley's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Colin D. Walmsley's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-00182-1 and 2:20-MC-00047-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER**
(*USA v. Colin D. Walmsley and Self Communication, LLC,*
USDC#: 2:20-MC-00047-RSL / 2:07-CR-00182-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 1st day of March, 2021.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER**
(*USA v. Colin D. Walmsley and Self Communication, LLC*,
USDC#: 2:20-MC-00047-RSL / 2:07-CR-00182-1) - 3

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970